UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 06-21442 JHW

Debtor: Dennis M. & Sabrina Biddle

| Check Number | Creditor | Amount |
|---|---|---|
| 1684736 | GMAC Mortgage Corporation | 1472.40 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 12, 2010