UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                         Case Number 06-21442 JHW

Debtor: Dennis M. & Sabrina Biddle

| Check Number | Creditor | Amount |
|---|---|---|
| 1687619 | GMAC Mortgage Corporation | 1457.85 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2010