UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:          Case Number 06-21442 JHW

Debtor: Dennis M. & Sabrina Biddle

| Check Number | Creditor | Amount |
|---|---|---|
| 1690735 | GMAC Mortgage Corporation | 894.10 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2010