# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 06-21442 JHW

Debtor: Dennis M. & Sabrina Biddle

| Check Number | Creditor | Amount |
|---|---|---|
| 1690734 | GMAC Mortgage Corporation | 812.89 |

_/s/ Isabel C. Balboa_
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    May 10, 2010